UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re: : Case No. 16-11735 (CGM)

Viet Hoang Nguyen, : Chapter 13

Debtor(s) :
_____

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Lender**: Seterus Inc.

**Property Address** 170 E 87th Street Apt. # W14H New York, NY 10128

**Last Four Digits of Account Number of Loan**: n/a

**File Date of Request for Loss Mitigation**: 6/28/2016 (#12 & #13)

**Date of Entry of Order Granting Loss Mitigation**: n/a

**Date of Entry of Order Approving Settlement** (*if any*): n/a

**Other Requests for Loss Mitigation in this Case**:     Yes     **_No_**

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

- ☐ Loan modification
- ☐ Short sale
- ✓ Other **Failure to submit LM Order and Failure to appear at hearing on 8/24/2017**
- ☐ Surrender of property
- ☐ No agreement has been reached

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: August 31, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**